EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Queja |
| Ciro A. Betancourt Meneses<br>Eduardo A. Betancourt Meneses<br>Manuel E. Romeu Fernández | 2004 TSPR 101<br><br>161 DPR _____ |

Número del Caso: AB-1997-66

Fecha: 14 de junio de 2004

Abogados de los Querellados:
                    Por Derecho Propio


Oficina del Procurador General:
                    Lcda. Sylvia Roger Stefani
                    Procuradora General Auxiliar

                    Lcda. Rosana Márquez Valencia
                    Procuradora General Auxiliar

Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ciro A. Betancourt Meneses
Eduardo A. Betancourt Meneses     AB-1997-66
Manuel E. Romeu Fernández

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de junio de 2004

Visto el escrito en cumplimiento presentado por el Procurador General, se reinstala al Lcdo. Manuel A. Romeu Fernández a la profesión de abogado. Vista la moción presentada por la Directora de la Oficina de Inspección de Notarías, el Tribunal se da por enterado. Se le concede a esta el término de treinta (30) días contados a partir de la notificación de ésta resolución, para someter el Informe del Estado de la Obra Notarial Incautada.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo